# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

ROADRUNNER RV PARK, LLC,

                Plaintiff,

v.                                    Case No: 5:16-CV-929 HE

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

                Defendant.

## NOTICE TO TAKE VIDEO DEPOSITION OF GARY LUND

PLEASE TAKE NOTICE that the Plaintiff will take the video deposition upon oral examination of the following witness:

| NAME | DATE AND TIME | PLACE |
|---|---|---|
| **GARY LUND**<br>c/o D. Lynn Babb<br>Post Office Box 26350<br>Oklahoma City, OK 73126-0350 | December 15, 2016<br>at 9:00 a.m. | D&R Reporting & Video<br>400 N. Walker, Suite 160<br>Oklahoma City, OK 73102<br>(405) 235-4106 |

The deposition will be taken by the Plaintiff via stenographic and videographic means before an officer authorized by law to administer oaths.

**MANSELL ENGEL & COLE**

By: s/Steven S. Mansell
     Steve S. Mansell, OBA #10584
     Mark A. Engel, OBA #10796
     Kenneth G. Cole, OBA #11792
     Adam Engel, OBA #32384
     101 Park Avenue, Suite 665
     Oklahoma City, OK 73102-7201
     T: (405) 232-4100 ** F: (405) 232-4140
     Email: mec@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

D. Lynn Babb (lbabb@piercecouch.com)
Amy Steele Neathery (aneathery@piercecouch.com)

                                                          s/Steven S. Mansell