### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROADRUNNER RV PARK, LLC,**<br><br>      **Plaintiff,**<br>**v.**<br><br>**PHILADELPHIA INDEMNITY INSURANCE COMPANY,**<br><br>      **Defendant.** | **Case No. CIV-1600929-HE**<br><br>Formerly Oklahoma County<br>Case No. CJ-2016-3523 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the plaintiff, Roadrunner RV Park, LLC., by and through its counsel of record, Steven S. Mansell, Mark A. Engel, Kenneth G. Cole and M. Adam Engel, of the law firm Mansell Engel & Cole, and the defendant, Philadelphia Indemnity Insurance Company, by and through its counsel of record, D. Lynn Babb and Amy S Neathery, of the law firm Pierce Couch Hendrickson Baysinger & Green, L.L.P., and pursuant to Rule 41(a)(1)(A)(ii), stipulate to dismissal of the above-styled action with prejudice to the further refiling thereof.  The parties would show the Court that an agreed and compromised settlement has been reached between the parties hereto and there remain no issues to be litigated herein.

*s/Steven S. Mansell*
Steve S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
MANSELL ENGEL & COLE
101 Park Avenue, Suite 665
Oklahoma City, OK 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
Email: mec@meclaw.net
  *Attorneys for Plaintiff,*
*Roadrunner RV Park, LLC*


 s/D. Lynn Babb
D. Lynn Babb  (OBA #392)
Amy Steele Neathery  (OBA #20344)
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
Post Office Box 26350
Oklahoma City, OK 73126
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
lbabb@piercecouch.com
aneathery@piercecouch.com
  *Attorneys for Defendant,*
  *Philadelphia Indemnity*
  *Insurance Company*